| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wallace, J. Clifford | 2. Court or Organization<br><br>United States Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>02/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual        ☐ Final<br><br>5b.  ☒  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>221 W. Broadway, Suite 4192<br>San Diego, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Pacific Judicial Council |
| 2. | Advisor | Thailand Judicial Training Institute |
| 3. | Member | Council of Visitors of California Western School of Law |
| 4. | Member | ABA Asia Rule of Law Initiative Council |
| 5. | Member | William H. Rehnquist Center's National Board of Academic Advisors |
| 6. | Member | ABA-UNDP Advisory Committee |
| 7. | Member | National Committee on United States-China Relations |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 02/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brigham Young University | 1/15/2016 to 1/16/2016 | Salt Lake City | J. Reuben Clark Society Award | Transportation |
| 2. | U.C. Berkeley | 1/25/2016 to 1/27/2016 | U.C. Berkeley | Lecturer | Transportation, food and stipend |
| 3. | J. Reuben Clark Law School | 2/11/2016 | San Diego | Lecturer | Meal |
| 4. | The Church of Jesus Christ of Latter-day Saints | 2/21/2016 to 3/8/2016 | Brazil | Lecturer, meetings | Transportation and lodging |
| 5. | The Church of Jesus Christ of Latter-day Saints | 3/15/2016 to 3/18/2016 | Mexico City | Meetings | Transportation and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Wallace, J. Clifford** | 02/06/2018 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | The Church of Jesus Christ of Latter-day Saints | 3/30/2016 to 4/8/2016 | Brazil | Lecturer, meetings | Transportation and lodging |
| 7. | The Furth Family Foundation | 5/17/2016 to 5/23/2016 | Washington, D.C. | Lecturer, conference | Transportation, lodging and incidentals |
| 8. | The Church of Jesus Christ of Latter-day Saints | 5/29/2016 to 6/3/2016 | Brazil | Meetings | Transportation, lodging, visas |
| 9. | CEELI Institute | 6/17/2016 to 6/23/2016 | Belgrade, Serbia | Conference | Transportation |
| 10. | The Church of Jesus Christ of Latter-day Saints | 6/17/2016 to 6/23/2016 | Belgrade, Serbia | Conference | Transportation, incidentals |
| 11. | The Church of Jesus Christ of Latter-day Saints | 7/19/2016 to 7/22/2016 | Peru | Lecturer, meetings | Transportation, lodging |
| 12. | Judicial Department of Fiji | 7/24/2016 to 7/30/2016 | Fiji | Lecturer, conference | Transportation, lodging |
| 13. | Brigham Young University | 7/30/2016 to 8/6/2016 | China | Lecturer, conference | Transportation, lodging |
| 14. | ABA | 8/6/2016 to 8/8/2016 | San Francisco | Lecturer, meeting | Lodging |
| 15. | The Church of Jesus Christ of Latter-day Saints | 7/30/2016 to 8/8/2016 | Fiji-China-San Francisco | Lecturer, meeting | Transportation remaining |
| 16. | The Church of Jesus Christ of Latter-day Saints | 8/10/2016 to 8/16/2016 | Sri Lanka | Conference, lecturer | Transportation, food, registration, and lodging |
| 17. | The Church of Jesus Christ of Latter-day Saints | 8/16/2016 to 8/20/2016 | India | Meetings | Transportation, food, lodging, visa, and incidentals |
| 18. | Brigham Young University | 9/17/2016 to 9/28/2016 | Vietnam | Conference | Transportation and lodging |
| 19. | The Church of Jesus Christ of Latter-day Saints | 9/17/2016 to 9/28/2016 | Vietnam | Meetings | Remaining transportation |
| 20. | Supreme Court of Thailand | 9/28/2016 to 9/30/2016 | Thailand | Meetings | Lodging |
| 21. | The Church of Jesus Christ of Latter-day Saints | 9/28/2016 to 9/30/2016 | Thailand | Meetings | Transportation |
| 22. | Brigham Young University | 9/30/2016 to 10/10/2016 | Salt Lake City | Conference | Transportation, lodging and car rental |
| 23. | Brigham Young University Hawaii | 10/20/2016 to 10/29/2016 | Hawaii | Devotional speech | Transportation and lodging |
| 24. | Brigham Young University Seattle | 11/4/2016 | Seattle | Speech | Transportation |
| 25. | Inns of Court | 11/5/2016 | Washington, D.C. | Award Ceremony | Transportation and lodging |
| 26. | The Church of Jesus Christ of Latter-day Saints | 11/6/2016 to 11/8/2016 | San Francisco | Meetings | Transportation, lodging, and incidentals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 02/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 02/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Transwest Credit Union | B | Int./Div. | M | T | | | | | |
| 2. Changing Parameters Fund (Gemini Fund Services, LLC) | D | Dividend | N | T | | | | | |
| 3. Change Parameters Fund (Gemini Fund Services, LLC) | D | Dividend | N | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 02/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, J. Clifford | 02/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Clifford Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544